UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>KEVIN CHRISTOPHER GARTRY,<br>et al.,<br><br>                  Defendants. | CASE NO. CR22-0127JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On June 30, 2025, the Honorable James L. Robart recused himself from the case captioned *United States v. John Michael Sherwood*, CR22-0127. (Recusal Order (Dkt. # 190).) That case was reassigned in rotation to the Honorable Richard A. Jones. (*See id.*) Judge Robart also recuses himself from Mr. Sherwood's co-defendants' cases captioned *United States v. Kevin Christopher Gartry* and *United States v. Erika A.*

MINUTE ORDER - 1

*Bocelle*, both of which are administered under the same case number. These cases are also reassigned to Judge Jones.

All future pleadings filed in any of these three matters shall bear the cause number CR22-0127RAJ.

Filed and entered this 15th day of July, 2025.

RAVI SUBRAMANIAN  
Clerk of Court

s/ Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2